✎ AO 121 (6/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| **DOCKET NO.**<br>1:22-cv-12139 | **DATE FILED**<br>12/17/2022 | United Stated District Court - District of Massachusetts |
| **PLAINTIFF** | | **DEFENDANT** |
| STRIKE 3 HOLDINGS, LLC | | JOHN DOE subscriber assigned IP address 73.249.157.254 |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| Dismissed Voluntarily | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Robert M. Farrell | /s/ Samantha Dore | 3/1/2023 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A to the Complaint**

**Location:** Milton, MA  **IP Address:** 73.249.157.254
**Total Works Infringed:** 39  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash:<br>7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 12-05-2022 04:05:10 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |
| 2 | Info Hash: 09CCA508E03DDF7761465A3DA9A31FEDDF0121E4<br>File Hash:<br>8AB17482059F60CACC1844D573721A3F38E3BB9AE7FFAC2E9F5C225926C19BB0 | 10-18-2022 02:27:37 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 3 | Info Hash: BFAE234339BBE35D844A4EE4133C90406DF7B3E8<br>File Hash:<br>F8D7494A0822F44A156C1B9FE51CF24B35ECC74999B8F94853470ADCE2ED2187 | 10-03-2022 02:26:23 | Vixen | 09-30-2022 | 10-31-2022 | PA0002377819 |
| 4 | Info Hash: 720BD54DC91FCDA2A82F0F1E95A74EC2FAFF0DDC<br>File Hash:<br>8746C503E2BBAE805C28AD87A22566335199650A638A6AE3B697CF21DA0DF0D6 | 09-26-2022 03:59:59 | Vixen | 09-23-2022 | 10-05-2022 | PA0002373763 |
| 5 | Info Hash: 9CB98A5DE6B5C084B0F825F59FA6A490C053EBEF<br>File Hash:<br>4802D778EE214D60440AF3F7AE6EBEB55C30075BC2549A33994190610BAE45D6 | 09-19-2022 01:54:25 | Vixen | 09-16-2022 | 10-05-2022 | PA0002373762 |
| 6 | Info Hash: 57D38984B201F44F8712EBFB996E659BB0298148<br>File Hash:<br>D83539C6D18437AECC449DBF1FBC2782151D08C938DB1169AEB616391BD7EA15 | 08-23-2022 00:28:39 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 7 | Info Hash: 38420ECBE7E43FCC35D5BD9E4114CF6BF9D1E08B<br>File Hash:<br>B1F63F1C99245E9C5A34C57148DDFC6761083F67D3C8DDA827A0002FEFFDA637 | 06-20-2022 02:03:08 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 8 | Info Hash: 1728CB5F8700CB059FF02BBFCEB8884985F57CD7<br>File Hash:<br>3031212457D6D3977B24E542FD2BD9DB5EC49B47F6E305DED4DE803836F8D750 | 06-06-2022 02:17:00 | Vixen | 06-03-2022 | 06-27-2022 | PA0002354958 |
| 9 | Info Hash: D323B4EC16C8CD83752B6A5E4B65DEED95346FA2<br>File Hash:<br>32BB57E161FF42FDD49E28DBBB43994CDD455364EEA844B2396E47DDB7E46DA2 | 05-09-2022 02:02:30 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 10 | Info Hash: D587F487F1E7C828A591E34C3BE2B443D57BD17B<br>File Hash:<br>4A6690EFF814EBF7C2B83DA61CFC3C128F709B7D3BAF1F95A58723A56FAB7E3F | 05-02-2022 04:33:00 | Vixen | 04-29-2022 | 05-20-2022 | PA0002350386 |
| 11 | Info Hash: 89F958D507CD3D674F1E7D1779C02D717C70434C<br>File Hash:<br>B5D31B55B67A613807EBBE4CE720BB877617D202C94A27E457204CD09B918633 | 02-28-2022 04:00:12 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: E487AEAF023F000FA0480422191EA7DFF77E00FB<br>File Hash:<br>AEDD21CC7A3E4701C1F3B23E0A5882C51BC45309D48DD1CD664C8F846FD123BC | 01-31-2022<br>04:31:16 | Vixen | 01-28-2022 | 03-04-2022 | PA0002345791 |
| 13 | Info Hash: 3BF8426F875DECFA85506D36A574F80B2A19F08B<br>File Hash:<br>FB143D4830531FA2EB332A2331C575F176F0BDECAA39B9C3AA9588E8BF72EABA | 01-25-2022<br>02:06:16 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 14 | Info Hash: 16A48B7A92A444DC78ECE6EEF12C584E71C8518B<br>File Hash:<br>D6B0942D7A010E755C88F46FC028DC1480211AF742A96DB58CAAD66B7C9DDA89 | 01-11-2022<br>02:23:51 | Vixen | 01-07-2022 | 01-17-2022 | PA0002330115 |
| 15 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash:<br>54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 11-15-2021<br>03:06:10 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 16 | Info Hash: D156C5F6B8F3AF78BE99FC1DD0FBF7177BBCED5C<br>File Hash:<br>59510D6F123F21429DA99C2323BF6EC72A9E3C364259F9D987AE22848F5FC312 | 10-25-2021<br>02:23:27 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 17 | Info Hash: F79ED94190ADC5734573AA4A13934FF9627357CD<br>File Hash:<br>D1EE25645FFFE8CB3A087B21142C117B49FF62A9524BE31CFEC31B956B960361 | 10-20-2021<br>03:53:45 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 18 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash:<br>8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 09-16-2021<br>03:52:12 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 19 | Info Hash: D3C7547DFCD8ED55266AD1B89E3DB438623BAFF5<br>File Hash:<br>77A1BFABFF7693F1B8DFD978DBE77DC1B649C8700FA90290EAB65328CE80BD32 | 09-06-2021<br>00:54:20 | Vixen | 09-03-2021 | 09-30-2021 | PA0002320425 |
| 20 | Info Hash: A415A6857FC17645C0DD4F459251809AE42AF562<br>File Hash:<br>BCB5233B1D65A9B1514D1C32F7A765BBEFEE0FAB7DA467BC9573F47FE7EC1955 | 08-30-2021<br>00:53:24 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 21 | Info Hash: 3DB6B513A919E0644D5F481513629394A7531A79<br>File Hash:<br>74F92B87D6C2F0B787AD1CCB8FF4D8F3E3447A1BA1457038E3A99C299BCBE8D5 | 08-02-2021<br>01:46:07 | Vixen | 07-30-2021 | 08-20-2021 | PA0002312017 |
| 22 | Info Hash: 86491FC10A5128233E050F0E4AAC4809942A94A4<br>File Hash:<br>F42ACA9A08AD5FD88857FE14B1C7F85EB40EDE50AAB0DAD7950C08601C1A1994 | 07-05-2021<br>04:10:16 | Vixen | 06-18-2021 | 08-20-2021 | PA0002312012 |
| 23 | Info Hash: EAFFC4AF758749CA06B41D83162652ECC6AD6085<br>File Hash:<br>FB353E4A109C89425834A36C41FCB0BFBBB32F67D9AD8E1B6F619A1E7A099F56 | 05-11-2021<br>02:09:48 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 977EF2D88F629A1A1C561A9DC040CD654B348E66<br>File Hash: F3544C96F7762233FF0181A3A5E91B517F1A8538D7BA401E805DB6C974C158D9 | 04-28-2021 02:23:23 | Vixen | 04-09-2021 | 06-03-2021 | PA0002299683 |
| 25 | Info Hash: 8069E67E8986BB80941FE059FEB9475565EC7B06<br>File Hash: 748DDA89381F521EFA5A8BB3D3F82C6C99D4BFA94808065010248109AAA9C930 | 04-14-2021 01:51:58 | Vixen | 03-26-2021 | 04-27-2021 | PA0002288946 |
| 26 | Info Hash: D4E56208BE290AAF986DD87881D7A77129089B86<br>File Hash: CFFEB7D5057D1FD28D9A4F4C1DE274C2FD8D161A7B8518F72C759E7BDD4EA716 | 12-26-2020 04:03:56 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |
| 27 | Info Hash: AEA7918FD1B713FD99E2F97CFFC399F016CF59E9<br>File Hash: C9FABD456B6F378F280307BFE97EEF137BEB4D2D010417C8FCDA6B7AA8548122 | 11-08-2020 02:49:07 | Vixen | 11-06-2020 | 12-09-2020 | PA0002274936 |
| 28 | Info Hash: 7BA08B86ABE669CD4B42FC7925A21AC4D714FD42<br>File Hash: 7194B11996C69952E49988C993A0C83B0512F42E2992D1EECF9BE2220DA20B67 | 10-11-2020 04:20:29 | Vixen | 10-09-2020 | 11-18-2020 | PA0002272626 |
| 29 | Info Hash: 3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD<br>File Hash: D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 09-21-2020 02:05:49 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 30 | Info Hash: 73F11D53A2BC29AC77244D0A935B110B6A10F92B<br>File Hash: 0DB938393D25F70BA494D6EE6B0CE54A953C5573E9692A9287566D1C5BE0E1D1 | 08-29-2020 02:06:48 | Vixen | 08-28-2020 | 09-22-2020 | PA0002265876 |
| 31 | Info Hash: B5110931763F80CE412C1AD08F039866F56867BE<br>File Hash: 01897F07F10DAD283362ACE58C8F3D0E1A5E13FAD2432D5FCD38F40F7E715E1B | 07-12-2020 02:16:34 | Vixen | 07-10-2020 | 07-20-2020 | PA0002248961 |
| 32 | Info Hash: 9D0DD6ED44118B4E55D80196591F7AC42E295976<br>File Hash: 738DDC3A312718766B64BDB17DD2846B5E1715AFBA943EA819CCE5A2066B4BF7 | 07-04-2020 00:47:29 | Vixen | 07-03-2020 | 07-16-2020 | PA0002248578 |
| 33 | Info Hash: B77C12C7D563C86C9A893703E829DA6C952DC792<br>File Hash: 54F794F52EB2C2B3101A755E91FF580F9DF74D13712179B25CD6C4A800A774EE | 06-06-2020 03:17:52 | Vixen | 06-05-2020 | 06-22-2020 | PA0002245631 |
| 34 | Info Hash: 47365B31B7686F2653AA3BD794798E981E8EF0E1<br>File Hash: 400282296C0B501AB8384682184510E5D0C4055777FCA56052F41ED538F3FA6D | 05-23-2020 01:29:40 | Vixen | 05-22-2020 | 06-22-2020 | PA0002245640 |
| 35 | Info Hash: BE70924185EC2FE7A36FEAD8E9509F907D1E761E<br>File Hash: 6F61FD409AC3E01E50C396538E4726ECF5F3B1722D00FDCE02BC532ED09A7734 | 05-17-2020 01:41:35 | Vixen | 05-15-2020 | 06-08-2020 | PA0002243648 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: DC8EBE5A0710690ABCC9E2F8890B2DE95E767539<br>File Hash:<br>60EC07A4A9AA06DC825CFB212D29AB148410F5AFD43D4323AFA4DA67C9A70EEA | 04-04-2020 01:52:36 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |
| 37 | Info Hash: B63010990EB37E86B9F26FBD4B7BA9FB6B2C89DF<br>File Hash:<br>834EBFD05DF0DF4AB0CA0F7CCE0052FF451176C4B542FD741399F1F7A692CEBD | 03-05-2020 02:30:17 | Vixen | 03-04-2020 | 04-17-2020 | PA0002246168 |
| 38 | Info Hash: 62AAC571A10AA16BC3610CC6C6D6F57CD37A5690<br>File Hash:<br>141ADAD51C38976F116C3D8344349655CBEEF5CB5B2470A24C87A4D28E292B7D | 02-24-2020 01:35:27 | Vixen | 02-23-2020 | 04-17-2020 | PA0002246164 |
| 39 | Info Hash: 7D7C8F9388BB672616AE4776724BD944771BFC3B<br>File Hash:<br>D8A29BDFAAA4AA9A9B54FE96761793BC0C8E85458C49BB044CBC17A6D7A832E0 | 02-22-2020 03:50:53 | Vixen | 02-18-2020 | 03-18-2020 | PA0002241449 |